UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 23-cv-1355 |

## PLAINTIFF'S MOTION FOR LEAVE TO SERVE ELECTRONICALLY PURSUANT TO FED. R. CIV. P. 4(f)(3)

Plaintiff seeks the Court's authorization to effectuate service of process, as well as service of other pleadings, by electronic publication and e-mail in this action. A Memorandum of Law in Support of this Motion is filed herewith.

Date: March 6, 2023

Respectfully submitted,

/s/ Daliah Saper
Daliah Saper (ARDC No. 6283932)
Brandon Campillo (ARDC No.6338787)
Saper Law Offices, LLC
505 N. Lasalle, Suite 350
Chicago, Illinois 60654
(312) 527-4100
ds@saperlaw.com
bcampillo@saperlaw.com

*Counsel for Plaintiff*