# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:23-cv-01355 |
| v. ) | |
| ) | |
| THE PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Living Active, LLC ("Plaintiff"), by and through its attorneys Saper Law Offices, LLC, and Defendant Doe No. 3, Splinter Woodworking Inc. d/b/a SWOOC Games ("SWOOC Games"), by and through its attorneys K&L GATES LLP, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to DISMISSAL WITH PREJUDICE of all claims brought by Plaintiff against SWOOC GAMES in the above-styled action, along with the termination of the Court's March 10, 2023 Temporary Restraining Order [Dkt. No. 21] as against SWOOC Games, and dissolution of the Court's subsequent March 30, 2023 Preliminary Injunction [Dkt. No. 33] as against SWOOC Games.

Date: April 5, 2023

| | |
|---|---|
| /s/Brandon Campillo | /s/ Ketajh Brown |
| Brandon Campillo | Ketajh Brown |
| Daliah Saper | K&L GATES LLP |
| Saper Law Office, LLC | 70 W. Madison Street, Suite 3300 |
| 505 N. Lasalle, Suite 60654 | Chicago, IL 60602 |
| Chicago, IL 60654 | Tel: 312-372-1121 |
| Tel: 312-527-4100 | ketajh.brown@klgates.com |
| bcampillo@saperlaw.com | ATTORNEY FOR DEFENDANT |
| ds@saperlaw.com | SPLINTER WOODWORKING INC |
| ATTORNEYS FOR PLAINTIFF | dba SWOOC GAMES |

506588180.2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:23-cv-01355 |
| v. ) | |
| ) | |
| THE PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | |
| ) | |
| Defendants. ) | |

## ORDER

IT IS HEREBY ORDERED, the Parties' Stipulation of Dismissal with Prejudice is GRANTED. Defendant Doe No. 3, Splinter Woodworking Inc. *d/b/a* SWOOC Games ("SWOOC Games") is DISMISSED WITH PREJUDICE, the Court's March 10, 2023 Temporary Restraining Order [Dkt. No. 21] is terminated as against SWOOC Games, and the Court's March 30, 2023 Preliminary Injunction [Dkt. No. 33] is dissolved as to SWOOC Games.

Date:_____

_____
Honorable Edmond E. Chang
United States District Judge

506588180.2